```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 17091
   TIMOTHY J. JEVITZ
   JAMIE L JEVITZ                               CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-5633     SSN XXX-XX-6438

---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/19/07 .

    2.  The case was dismissed without confirmation, 12/21/2007.

    3.  The Debtor paid a total of $   2000.00 .

    4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
---------------------------------------------------------------------------
WASHINGTON MUTUAL BANK    CURRENT MORTG          .00             .00           .00
WASHINGTON MUTUAL BANK    MORTGAGE ARRE    NOT FILED             .00           .00
FORD MOTOR CREDIT CO      SECURED VEHIC          .00             .00       1052.16
FORD MOTOR CREDIT CO      SECURED VEHIC          .00             .00        857.84
WILL COUNTY TREASURER     SECURED                .00             .00           .00
ASSOCIATED ORTHODONTISTS  UNSECURED        NOT FILED             .00           .00
BAILEYS CARPET            UNSECURED        NOT FILED             .00           .00
BEST BUY                  UNSECURED        NOT FILED             .00           .00
CHASE MANHATTAN BANK USA  UNSECURED        NOT FILED             .00           .00
COMCAST                   UNSECURED        NOT FILED             .00           .00
CREDITORS COLLECTION BUR  UNSECURED        NOT FILED             .00           .00
D & I ELECTRONICS         UNSECURED        NOT FILED             .00           .00
DELL PREFERRED ACCT       UNSECURED        NOT FILED             .00           .00
DELL PREFERRED ACCT       UNSECURED        NOT FILED             .00           .00
DISCOVER BANK             UNSECURED        NOT FILED             .00           .00
TALBOT & SMITH MDS        UNSECURED        NOT FILED             .00           .00
ENDODONTIC & PERIODONTIC  UNSECURED        NOT FILED             .00           .00
ENT SURGICAL CONSULTANTS  UNSECURED        NOT FILED             .00           .00
FACTS MGMT CO             UNSECURED        NOT FILED             .00           .00
FIRST NATIONAL BANK       UNSECURED        NOT FILED             .00           .00
---------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
---------------------------------------------------------------------------
FUTURE DIAGNOSTICS GROUP  UNSECURED        NOT FILED             .00           .00
HEARTLAND CARDIOVASCULAR  UNSECURED        NOT FILED             .00           .00
HERITAGE CORRIDOR CREDIT  UNSECURED        NOT FILED             .00           .00
HOME DEPOT CREDIT SERVIC  UNSECURED        NOT FILED             .00           .00
JC PENNEY CO              UNSECURED        NOT FILED             .00           .00
JOLIET RADIOLOGY          UNSECURED        NOT FILED             .00           .00
MITSUBISHI MOTOR CRED OF  UNSECURED        NOT FILED             .00           .00
```

```
BRIGHTMORE PT              UNSECURED      NOT FILED            .00          .00
OPTIMA MEDICAL ASSOCIATE   UNSECURED      NOT FILED            .00          .00
PROVENA CARE @ HOME        UNSECURED      NOT FILED            .00          .00
PROVENA ST JOSEPH MEDICA   UNSECURED      NOT FILED            .00          .00
SERTOMA SPEECH & HEARING   UNSECURED      NOT FILED            .00          .00
SILVER CROSS HOSPITAL      UNSECURED      NOT FILED            .00          .00
SILVER CROSS CARDIOVASCU   UNSECURED      NOT FILED            .00          .00
DISNEY CREDIT CARD         UNSECURED      NOT FILED            .00          .00
LIMITED                    UNSECURED      NOT FILED            .00          .00
TRI COUNTY ANESTHESIA<     UNSECURED      NOT FILED            .00          .00
```

Summary of disbursements:

|                   | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|-------------------|--------:|---------:|----------:|------:|------:|
| TOTAL CLMS ALLOWED |    .00 |      .00 |       .00 |   .00 |   .00 |
| PRINCIPAL PAID    | 1910.00 |      .00 |       .00 |   .00 | 1910.00 |
| INTEREST PAID     |     .00 |      .00 |       .00 |   .00 |    .00 |
| TOTAL PAID        | 1910.00 |      .00 |       .00 |   .00 | 1910.00 |

The Debtor's attorney, SCHOTTLER & ASSOCIATES          , was allowed $   3500.00
and was paid $    500.00  direct and $       .00  through the plan.

The Trustee received $      90.00 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/11/08                   /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 07 B 17091 TIMOTHY J. JEVITZ & JAMIE L JEVITZ